IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALIE ABRAMS and WALTER ABRAMS, as the parents of Baby Abrams,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:14-CV-01131-MHS |

## ORDER ADMINISTRATIVELY CLOSING CASE

After mediation before a Magistrate Judge, the parties have reached a settlement agreement which, once memorialized and executed, will fully resolve this action and, accordingly, request that the case be administratively closed. Therefore, it is not necessary that the action remain on the Court's calendar.

It is hereby **ORDERED** that this action is **ADMINISTRATIVELY CLOSED** with the right of any party, anytime within the next **ninety (90) days**, to move to reopen this action or vacate this order.

AO 72A
(Rev.8/82)

It is further **ORDERED** that the Court retains jurisdiction to vacate this order administratively closing this action and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the Clerk is **DIRECTED** to dismiss the action with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 24th day of November, 2014.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia