## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Natalie And Walter Abrams, as the Parents Of Baby Abrams, <br>     Plaintiffs, <br><br>     v. <br><br> United States Of America and Emory Healthcare, Inc., <br><br>     Defendants. | Civil Action File <br><br> No.  1:14-cv-01131 |

## DISMISSAL WITH PREJUDICE

COMES NOW, plaintiffs, and hereby dismiss this instant matter with prejudice.  The docket should reflect the case as being closed.


Respectfully submitted,


            */s/ Roger Krause*
            Roger Krause, Esq.
            GA Bar: 429285
            Counsel for Plaintiffs


Krause & Witcher, LLC
1447 Peachtree St., NE, Ste. 414
Atlanta, GA 30309
Telephone (404) 835-8080
Facsimile (404) 207-1454
Roger@kgwlegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed DISMISSAL WITH PREJUDICE

with the Clerk of the Court using who will use the CM/ECF system which

automatically sends e-mail notification of such filing to the following counsel of

record:

Darcy Feuerzeig Coty, Esq.
Attorney for the United State
United States Attorney's Office
Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303

Eric J. Frish, Esq.
Attorney for Emory Healthcare, Inc.
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE
Atlanta, Georgia 30303

Joseph H. King, Jr., Esq.
Co-Counsel for Plaintiffs
2852 Piedmont Road, N.E.
Atlanta, GA 30305

Respectfully submitted this 24th day of February, 2015.

/s/ Roger Krause
Roger Krause, Esq.
Counsel for Plaintiff
Georgia Bar No. 429285

z:\1matters\7019 kennebrew\20\02 word\dismiss with prej.doc

- 2 -